### Commonwealth *v.* Trill, Appellant.

Submitted December 11, 1969. *Harry L. Green, Jr.,* Assistant Public Defender, for appellant; *Richard A. Devlin* and *Stewart J. Greenleaf,* Assistant District Attorneys, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

Order affirmed.